IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME GRIMES and MICHAEL FORD, SR.,

        Plaintiffs,

  v.

DEPUTY THOMAS, et al.,

        Defendants.
_____/

No. C 07-80139M CW

ORDER RETURNING COMPLAINT TO PLAINTIFF

On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Plaintiff files a complaint that is "related to any of the following matters:

    (1) a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;

    (2) an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;

    (3) a court order for the defendants to be subjected to a lie detector test;

    (4) covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations. Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual

1 allegations and claims for relief."

2     The Court has reviewed the instant complaint, C 07-80139M, and
3 finds that it alleges, that Defendants, who are Jonestown child
4 molesters and mass murderers and 1970s terrorist in deputy sheriff
5 disguises, have tampered with the mail Plaintiff tried to send to
6 his uncle, Michael Ford.  Plaintiff seeks an injunction preventing
7 these Defendants from working in law enforcement, the medical and
8 dental professions, the nursing and elderly home health care
9 professions, food and water chain professions, etc.  Plaintiff
10 seeks a Court order for Defendants to take a lie detector test to
11 ascertain their involvement in terrorist activities.  Because this
12 complaint concerns one or more of the matters mentioned in the pre-
13 filing order, the Clerk of the Court is ordered not to file it.
14 Instead, the complaint shall be returned to Plaintiff.

15     IT IS SO ORDERED.

16 Dated: 6/20/07

17                                                      CLAUDIA WILKEN
                                                     United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE: JEROME GRIMES et al,

Case Number: CV07-80139 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Dated: June 20, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk